IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JWM FAMILY ENTERPRISES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> LIONEL E. LAROCHELLE, <br><br> Defendant. | **Case No. 8:17-cv-02092-PWG** <br><br> **(Grimm, J.)** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JWM Family Enterprises, L.P. hereby dismisses this action with prejudice, with each party to bear his or its own fees and costs.

Dated: October 10, 2017

/s/ Moxila A. Upadhyaya
J. Douglas Baldridge (Bar No. 11023)
Caroline P. Gately (Bar No. 11812)
Moxila A. Upadhyaya (Bar No. 27979)
600 Massachusetts Avenue, N.W.
Washington, DC  20001
Phone: (202) 344-4000
Facsimile: (202) 344-8300
jbaldridge@venable.com
cpgately@venable.com
maupadhyaya@venable.com

*Counsel for Plaintiff JWM Family Enterprises, L.P.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 10th day of October, 2017, I served a copy of the foregoing through the Court's Electronic Case Filing System, which will send notification to the following:

>Eric Pelletier
>OFFIT KURMAN, P.A.
>4800 Montgomery Lane, 9th Floor
>Bethesda, Maryland 20814
>Phone: 240-507-1700
>Facsimile: 240-507-1735
>epelletier@offitkurman.com
>
>
>*Counsel for Defendant Lionel E. LaRochelle*

                                            /s/ Moxila A. Upadhyaya
                                            Moxila A. Upadhyaya